**Abe GIVINS, Jr., Plaintiff–Appellant**

**v.**

**James J. BRISCO, Prosecuting Attorney, St. Charles County; Gwenda R. Robinson, Attorney; Carolyn C. Woods, Prosecuting Attorney; City of Town and Country; Patrick Kranz, Police Officer, Captain, Town and Country Police Department; John Nienhaus, Police Officer, Detective, Town and Country Police Department; Joan M. Gilmer, Circuit Clerk, St. Louis County, Defendants–Appellees.**

No. 12–3847.

United States Court of Appeals, Eighth Circuit.

Submitted: June 24, 2013.

Filed: June 27, 2013.

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Abe Givins appeals the district court's[1] preservice dismissal of his complaint, without prejudice, for lack of subject matter

---

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

jurisdiction. Upon careful de novo review, *see LeMay v. U.S. Postal Serv.*, 450 F.3d 797, 799 (8th Cir.2006) (de novo review of dismissal for lack of subject matter jurisdiction), we find no basis for reversal, *see* Fed.R.Civ.P. 12(h)(3) (if court determines at any time that it lacks subject matter jurisdiction, court must dismiss action); *Biscanin v. Merrill Lynch & Co.*, 407 F.3d 905, 907 (8th Cir.2005) ("[i]f the asserted basis of federal jurisdiction is patently meritless, then dismissal for lack of jurisdiction is appropriate"). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny all of Givins's pending motions.